■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARLON JACKSON, Appellant. [655 NYS2d 1008]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered October 28, 1994, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant validly agreed to waive his right to appeal as part of his plea bargain. Since the issues which he currently raises do not survive a waiver of the right to appeal, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTINE KANE, Appellant. [655 NYS2d 1008] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered February 14, 1996, convicting her of murder in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Krausman and Goldstein, JJ., concur.